UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRUCE DWAIN COPELAND, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:24-CV-1758-X-BT |
| OFFICE OF THE ATTORNEY GENERAL, CHILD SUPPORT DIVISION, et al., | § § § § | |
| *Defendants.* | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. No. 7). Magistrate Judge Rebecca Rutherford recommended transferring this case to the Sherman Division of the Eastern District of Texas. Plaintiff Bruce Dwain Copeland filed two documents, which the Court is treating as objections. (Docs. 11, 13). Copeland's objections include nothing new, as Copeland's objections are a restatement of his complaint.

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court **TRANSFERS** this case in the interests of justice, 28 U.S.C. § 1404(a), because all facts alleged in Copeland's

1

complaint take place in the Eastern District of Texas.

**IT IS SO ORDERED** this 5th day of August, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE